JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| JULIAN DAVID CARDONA ORTIZ, | ) | Case No. 5:26-cv-02415-CAS-JDE |
| | ) | |
| Petitioner, | ) | JUDGMENT |
| v. | ) | |
| DAVID A. MARIN, et al., | ) | |
| Respondents. | ) | |

Pursuant to the Order Accepting Report and Recommendation of the United States Magistrate Judge,

IT IS ORDERED, ADJUDGED, and DECREED that:

1. The Petition is granted, in part, with Respondents ORDERED to: (a) hold an individualized <u>Rodriguez</u> bond hearing for Petitioner before an immigration judge within seven (7) days of this Order at which the government shall bear the burden of proof by clear and convincing evidence that Petitioner is a flight risk or danger to the community, with instructions that the immigration judge provide a reasoned decision if bond is denied; OR (b) release Petitioner if no such hearing is provided within seven days; and (A# 240 874 918)

2.  Except as otherwise ordered, the Petition is denied in all other respects without prejudice.

Additionally, Respondents shall file a status report within ten (10) days of this Order confirming their compliance with this Order or a status report explaining why there has not been compliance; Respondents shall file proof that the Rodriguez bond hearing occurred and the decision of the immigration judge and/or the release order.

Dated: June 4, 2026

*Christina A. Snyder*

HONORABLE CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE

2