O

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

| | |
|---|---|
| JULIAN DAVID CARDONA ORTIZ,<br><br>Petitioner,<br><br>v.<br><br>DAVID A. MARIN, et al.,<br><br>Respondents. | Case No. 5:26-cv-02415-CAS-JDE<br><br>ORDER ACCEPTING AMENDED REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the records on file, including the Petition for Writ of Habeas Corpus (Dkt. 1, "Initial Petition"); the Court's denial of Petitioner's Application for Temporary Restraining Order (Dkt. 15); the Answer to the Initial Petition (Dkt. 13); Petitioner's Reply to the Initial Petition (Dkt. 22); the Report and Recommendation of the magistrate judge regarding the Initial Petition (Dkt. 23, "Report on Initial Petition"); Petitioner's Objection to the Report on Initial Petition (Dkt. 24); the Order Accepting the Report on Initial Petition (Dkt. 28); the Judgment on the Initial

Petition (Dkt. 29, "Judgment"); Petitioner's Motion to Enforce Judgment (Dkt. 31) and supporting papers; the Court's Order re Motion to Enforce Judgment (Dkt. 32); the Amended Petition (Dkt. 33); the Answer to the Amended Petition (Dkt. 34); Petitioner's Reply in support of the Amended Petition (Dkt. 35); the magistrate judge's initial Report and Recommendation as to the Amended Petition (Dkt. 36, "Prior Report on Amended Petition"); Objections to the Prior Report on Amended Petition by Petitioner (Dkt. 37) and Respondent (Dkt. 38) and Petitioner's Reply (Dkt. 39); the magistrate judge's Amended Report and Recommendation as to the Amended Petition (Dkt. 40, "Amended Report"); and Petitioner's Objection to the Amended Report (Dkt. 41). The Court has engaged in a de novo review of those portions of the Amended Report to which objections have been made. The Court accepts the findings and recommendation of the magistrate judge.

IT IS THEREFORE ORDERED that Judgment be entered:

1. vacating the Judgment;
2. granting the Amended Petition, in part, ordering Respondents to:

   a. hold another individualized bond hearing for Petitioner Juan David Cardona Ortiz (A# 240 874 918) before an immigration judge within ten (10) days of the Order Accepting this Amended Report and Recommendation at which the government shall bear the burden of proof by clear and convincing evidence that Petitioner is a flight risk or danger to the community, with instructions that the immigration judge provide a reasoned decision if bond is denied; or

   b. release Petitioner from custody, subject to his prior conditions, if the aforementioned bond hearing is not timely provided; and

///

3. denying other relief sought by the Petition and the Amended Petition without prejudice as moot and/or unsupported.

Dated: September 4, 2026

HONORABLE CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE