UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

| | |
|---|---|
| JULIAN DAVID CARDONA ORTIZ, Petitioner, v. DAVID A. MARIN, et al., Respondents. | Case No. 5:26-cv-02415-CAS-JDE<br>AMENDED JUDGMENT |

Pursuant to the Order Accepting Report and Recommendation of the United States Magistrate Judge,

IT IS ORDERED, ADJUDGED, and DECREED that:

1. The Petition is granted, in part, with Respondents ORDERED to: (a) hold another individualized bond hearing for Petitioner Juan David Cardona Ortiz (A# 240 874 918) before an immigration judge within ten (10) days of the Order Accepting this Amended Report and Recommendation at which the government shall bear the burden of proof by clear and convincing evidence that Petitioner is a flight risk or danger to the community, with

instructions that the immigration judge provide a reasoned decision if bond is denied; or (b) release Petitioner from custody, subject to his prior conditions, if the aforementioned bond hearing is not timely provided; and

2. The Petition is denied in all other respects without prejudice.

Dated: September 4, 2026

Christina A. Snyder

HONORABLE CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE